UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WP PROPERTY HOLDINGS I, LLC,

Plaintiff,

v.

Case No. 2:24-CV-778-KCD-NPM

JR&CO., INC.,

Defendant,

_______________________________/

JR&CO., INC.,

Counter-Claimant

v.

WP PROPERTY HOLDINGS I, LLC; AND WESTPOINT HOMES, LLC,

Counter-Defendants.

_______________________________/

**ORDER**

Plaintiff WP Property Holdings I, LLC has sued Defendant JR&CO., Inc. for violating the Florida Building Code and negligently performing a non-delegable statutory duty. (Doc. 40.) JR&CO now moves for summary judgment. (Doc. 83.)

After reviewing the parties' filings, it's unclear whether WP raises a cognizable theory of negligence. Count II apparently rests on JR&CO

violating a statutory duty under Florida Statute § 489.1195. (Doc. 40 ¶¶ 29-32.) WP's response to JR&CO.'s motion seemingly confirms this. (*See* Doc. 90 at 18-19 (noting that "Count II arises under Fla. Stat. § 489.1195" and "it seeks to hold JR&CO. liable for breaching its independent statutory duties")). "But the Florida Supreme Court has held that a qualifying agent's failure to perform his statutory duty [under § 489.1195] does not give rise to a private cause of action[.]" *Scherer v. Villas Del Verde Homeowners Ass'n, Inc.*, 55 So. 3d 602, 604 (Fla. Dist. Ct. App. 2011); *see also Murthy v. N. Sinha Corp.*, 644 So. 2d 983, 986 (Fla. 1994).

On or before November 10, 2026, the parties are directed to file supplemental briefing addressing whether WP has raised a viable negligence claim in Count II considering the case law cited above.

**ORDERED** in Fort Myers, Florida on November 3, 2026.

Kyle C. Dudek
United States District Judge